```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

MICHAUD                                          CIVIL ACTION

VERSUS                                           NO: 11-460

UNIFIED ASSET SOLUTIONS, LLC                     SECTION: J(5)
```

### J U D G M E N T

**CONSIDERING** the foregoing Motion for Default Judgment **(Rec. Doc. 12);**

**IT IS HEREBY ORDERED** that **JUDGMENT** is hereby entered in favor of Plaintiff Laura Michaud and against Defendant Unified Asset Solutions, LLC in the amount of One Thousand Five Hundred Dollars ($1,500.00) plus legal interest from the date of judgment and taxable court costs.

New Orleans, Louisiana, this 26th day of September, 2011.

*[signature]*
CARL J. BARBIER
UNITED STATES DISTRICT COURT